IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TWEATHERFORD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: __1:16cv783_____ |
| ) | |
| 3D SYSTEMS CORPORATION and ) | |
| 3D SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

3D Systems Corporation and 3D Systems, Inc., (collectively "3D Systems"), by counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby serves notice of its removal of this action from the Hamilton Superior Court in the State of Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division.  Removal is proper on the following grounds:

1. Plaintiff filed the Summons and Complaint with the Hamilton Superior Court on March 17, 2015.  The Summons and Complaint were served on 3D Systems by certified mail on March 28, 2015.

2. The lawsuit is designated as Cause No. 29D01-1603-CC-2488.

3. In its Complaint, TWeatherford, Inc. ("TWI") alleges common law claims of breach of contract, breach of warranty, fraud and UCC fraud.

4. Pursuant to its Complaint, TWI is an Indiana corporation with its principal place of business in Cicero, Indiana.

- 2 -

5. 3D Systems Corporation is a for profit corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Rock Hill, South Carolina.

6. 3D Systems, Inc. is a for profit corporation organized and existing under the laws of the State of California, with its principal place of business in Rock Hill, South Carolina.

7. Pursuant to 28 U.S.C. § 1332, diversity of citizenship exists between the parties and the amount in controversy according to the language of Plaintiff's Complaint, exceeds the sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00) exclusive of interests and costs.

8. The parties have conducted no discovery and no substantive proceedings have occurred in this action.

9. The lawsuit is properly removed to this Court pursuant to 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1446(b), this notice is being filed within thirty (30) days of service of Plaintiff's Complaint upon Defendants.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

11. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon or by Defendants in the state court lawsuit are attached hereto as Exhibit "1."

WHEREFORE, Defendants respectfully notify the Court, the state court, and the Plaintiff of the removal of this action from the Hamilton Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

[*Signature Page Follows*]

Respectfully submitted,


s/*Dawn R. Rosemond*
Dawn R. Rosemond (19625-49)
**BARNES & THORNBURG LLP**
110 E. Wayne Street, Suite 600
Fort Wayne, IN 46802
Telephone: (260) 425-4650
Facsimile: (260) 424-8316
Email: dawn.rosemond@btlaw.com

AND

Rubin Pusha III (30815-49)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-7325
Facsimile: (317) 231-7433
E-mail: rubin.pusha@btlaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing document has been electronically served this 11th day of April, 2016, with the Clerk of Court using the CM/ECF system, which will send notice to the following counsel. Additionally, the undersigned counsel served the foregoing by emailing and/or depositing a copy of the same in the United States Mail, first-class postage prepaid, and properly addressed to the following:

> B. Too Keller
> Eric J. Neidlinger
> KELLER MACALUSO LLC
> 760 3rd Avenue SW, Suite 210
> Carmel, IN  46032

> *s/ Dawn R. Rosemond*
> Dawn R. Rosemond

DMS 3877055v1