# SUMMONS

FILED
2016 MAR 21 PH 12: 36
TAMMY BAITZ
CLERK
HAMILTON COUNTY COURTS

IN THE HAMILTON SUPERIOR COURT NO. 1

TWEATHERFORD, INC.,

                Plaintiff,

v.

3D SYSTEMS CORPORATION and 3D SYSTEMS, INC.,

                Defendants.

Cause No. 29D01 1603 CC 2488

TO DEFENDANT:   (Name)   3D Systems, Inc.
                   (Address)  c/o Corporation Service Company, R.A.
                               1703 Laurel Street
                               Columbia, SC 29201

You are hereby notified that you have been sued by the person(s) named as plaintiff(s) and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, [or within twenty-three (23) days if this Summons was received by mail], or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   MAR 23 2016

                                        _Tammy Baitz_
                                        CLERK, HAMILTON SUPERIOR COURT (SEAL)

(The following manner of service of summons is hereby designated)

X    Registered or certified mail.
      Service at place of employment, to-wit: _____
      Service on individual — (Personal or copy) at above address.
      Service on agent. (Specify) _____
___  Other service. (Specify) _____

Attorneys for Plaintiffs:
B. Too Keller, Attorney No. 20953-71
Eric J. Neidlinger, Attorney No. 23698-49
KELLER MACALUSO LLC
760 3rd Avenue SW, Suite 210
Carmel, IN 46032
(317) 660-3400 (Phone); (317) 660-3401 (Fax)

**EXHIBIT 1**

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I served the Summons on the _____ day of _____, 20___;

_____ (1) By delivering a copy of the Summons to the defendant, _____.
_____ (2) By leaving a copy of the Summons at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said Summons to said defendant at the above address.
_____ (3) Other Service Remarks: _____
_____

Sheriff's Costs: Sheriff of _____ County

$ _____ By: _____
                                             Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on _____, I mailed a copy of the Summons to the defendant, _____ by [certified] [registered] mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
CLERK, HAMILTON _____ COURT

Dated: _____  By _____
                                                        Deputy

## RETURN ON SERVICE OF SUMMONS

I hereby certify that the attached return receipt was received by me showing that:

_____ (1) The Summons mailed to defendant _____ was accepted by the defendant on _____.
_____ (2) The attached return receipt was received by me showing that the Summons mailed to defendant _____ was accepted by _____ on behalf of said defendant on _____.
_____ (3) The attached return receipt was received by me showing the Summons was returned not accepted on _____.

_____
CLERK, HAMILTON _____ COURT

Dated: _____  By _____
                                                        Deputy

# SUMMONS

FILED
2016 MAR 21 PM 12: 36
TAMMY BAITZ
CLERK
HAMILTON COUNTY COURTS

IN THE HAMILTON SUPERIOR COURT NO. 1

TWEATHERFORD, INC., 17ω
                               Plaintiff,

v.

3D SYSTEMS CORPORATION and 3D SYSTEMS, INC.,

Cause No. 29D01 1603 CC 2488

                               Defendants.

TO DEFENDANT:  (Name)        3D Systems Corporation
               (Address)     c/o Corporation Service Company, R.A.
                             1703 Laurel Street
                             Columbia, SC  29201

You are hereby notified that you have been sued by the person(s) named as plaintiff (s) and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, [or within twenty-three (23) days if this Summons was received by mail], or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  MAR 23 2016

_____
CLERK, HAMILTON SUPERIOR COURT  (SEAL)
CLERK OF COURTS

(The following manner of service of summons is hereby designated)

X    Registered or certified mail.
     Service at place of employment, to-wit: _____
     Service on individual — (Personal or copy) at above address.
     Service on agent. (Specify) _____
___  Other service. (Specify) _____

Attorneys for Plaintiffs:
B. Too Keller, Attorney No. 20953-71
Eric J. Neidlinger, Attorney No. 23698-49
KELLER MACALUSO LLC
760 3rd Avenue SW, Suite 210
Carmel, IN  46032
(317) 660-3400 (Phone); (317) 660-3401 (Fax)

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I served the Summons on the _____ day of _____, 20____;

_____ (1) By delivering a copy of the Summons to the defendant, _____.

_____ (2) By leaving a copy of the Summons at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said Summons to said defendant at the above address.

_____ (3) Other Service Remarks: _____
_____

Sheriff's Costs: Sheriff of _____ County

$_____ By:_____
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on _____, I mailed a copy of the Summons to the defendant, _____ by [certified] [registered] mail, requesting a return receipt, at the address furnished by the plaintiff.

CLERK, HAMILTON _____ COURT

Dated: _____  By_____
Deputy

## RETURN ON SERVICE OF SUMMONS

I hereby certify that the attached return receipt was received by me showing that:

_____ (1) The Summons mailed to defendant _____ was accepted by the defendant on _____.

_____ (2) The attached return receipt was received by me showing that the Summons mailed to defendant _____ was accepted by _____ on behalf of said defendant on _____.

_____ (3) The attached return receipt was received by me showing the Summons was returned not accepted on _____.

CLERK, HAMILTON _____ COURT

Dated: _____  By_____
Deputy

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT NO. 1 |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D01 1603 CC 2488 |

TWEATHERFORD, INC.,

        Plaintiff,

v.

3D SYSTEMS CORPORATION
and 3D SYSTEMS, INC.,

        Defendants.

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classifications:**   Initiating __X__   Responding ____   Intervening ____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): __TWeatherford, Inc.__

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    B. Too Keller  
    KELLER MACALUSO LLC  
    760 3rd Avenue SW, Suite 210  
    Carmel, IN 46032  

    Attorney No. 20953-71  
    Phone: (317) 660-3402  
    Fax: (317) 660-3401  
    Computer Address:  
    too@kellermacaluso.com  

    Eric J. Neidlinger  
    KELLER MACALUSO LLC  
    760 3rd Avenue SW, Suite 210  
    Carmel, IN 46032  

    Attorney No. 23698-49  
    Phone: (317) 660-3408  
    Fax: (317) 660-3401  
    Computer Address:  
    eneidlinger@kellermacaluso.com  

3. There are other party members: Yes ___   No __X__   *(If yes, list on continuation page.)*

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3) __PL__

5. I will accept service by FAX at the above noted number: Yes ___   No __X__

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT NO. 1 |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. |

```
                                           29D01 1603 CC 2488
```

TWEATHERFORD, INC., )
)
    Plaintiff, )
)
v. )
)
3D SYSTEMS CORPORATION )
and 3D SYSTEMS, INC., )
)
    Defendants. )

## COMPLAINT

Plaintiff, TWeatherford, Inc. ("TWI"), by counsel, for its Complaint against Defendants, 3D Systems Corporation and 3D Systems, Inc. (collectively, "3D"), alleges and states as follows:

### PARTIES

1. TWI is a business incorporated under the laws of the state of Indiana, with its principal place of business in Cicero, Indiana.

2. 3D Systems Corporation is a business incorporated under the laws of the state of Delaware, with its principal place of business in Rock Hill, South Carolina.

3. 3D Systems, Inc. is a business incorporated under the laws of the state of California, with its principal place of business in Rock Hill, South Carolina.

### FACTUAL ALLEGATIONS

4. On or about January 29, 2015, TWI, as an end customer, paid Six Hundred Three Thousand One Hundred Fifty Dollars ($603,150.00) (the "January 29, 2015, Payment") for the purchase of a new ProX 300 Direct Metals printer (the "Printer") from 3D and received a

purchase order for the same (the "Agreement"). A true and accurate copy of the Agreement is attached hereto as Exhibit 1. A true and accurate copy of the invoice showing TWI's payments and zero balance for the Printer is attached hereto as Exhibit 2.

5. TWI entered into a loan agreement with Star Financial Bank (the "Lease Holder") in order to finance the purchase of the Printer.

6. The January 29, 2015, Payment represented payment in full to 3D for the Printer.

7. TWI purchased the Printer to make parts for customers through its parts business, www.3DRapidPrint.com, and to be used as part of its showcase for potential customers.

8. A warranty was provided with the purchase of the Printer (the "Warranty"). A true and accurate copy of the Warranty, which is represented on 3D's invoice number 10309663 dated June 30, 2014, is attached hereto as Exhibit 3 (the "Warranty"). A true and accurate copy of TWI's Check No. 15339 dated January 30, 2015, representing payment for the Warranty, is attached hereto as Exhibit 4.

9. The Printer does not work and has not worked since February, 2015.

10. TWI discovered that the Printer is actually a used unit, three (3) or four (4) generations behind what 3D represented the Printer was to TWI at the time of purchase. TWI represented to the Lease Holder that the Printer was a demonstration model/new system when applying for leasing approval.

11. TWI has contacted 3D on numerous occasions to request service of the non-operational Printer.

12. 3D has failed and refused to service the Printer and has failed and refused to honor the Warranty.

13. As a result of the Printer not being operational, TWI has lost hundreds of thousands of dollars in revenue and profits and has had to utilize an outsourced machine to make those parts that would otherwise have been made by the Printer.

14. While the Printer has been out of operation, TWI has also paid monthly payments to the Lease Holder of $16,630.75 per month for the Printer.

15. TWI has been unable to demonstrate the Printer to potential customers, resulting in additional lost sales.

16. TWI discovered that 3D filed a UCC Financing Statement with the Indiana Secretary of State on April 14, 2015, as Instrument No. 201500002821506, which lists the Printer as collateral (the "UCC Statement"). A true and correct copy of the UCC Statement is attached hereto as Exhibit 5.

17. There is not now and has never been an obligation to which a security interest in the Printer could attach because the Lease Holder holds the title to the Printer.

## COUNT I – Breach of Contract

TWI, for Count I of its claims against 3D, states as follows:

18. TWI realleges and incorporates all of the allegations contained in paragraphs 1 through 17 as if set forth fully herein.

19. 3D has failed to provide the proper service to TWI as required under the Agreement.

20. 3D has breached the Agreement by refusing to provide service for the Printer to TWI that was purchased with the twelve (12)-month Warranty.

21. TWI has been damaged as a result of 3D's breach of the Agreement.

WHEREFORE, the Plaintiff, TWeatherford, Inc., requests that the Court enter judgment in its favor and against the Defendants, 3D Systems Corporation and 3D Systems, Inc., jointly and severally, for all actual compensatory damages, statutory damages, punitive damages, attorneys' fees, costs, and all other appropriate relief.

## COUNT II – Breach of Warranty

TWI, for Count II of its claims against 3D, states as follows:

22. TWI realleges and incorporates all of the allegations contained in paragraphs 1 through 21 as if set forth fully herein.

23. The Warranty provides that warranty coverage will continue for one (1) year.

24. 3D has failed and refused to make the repairs to the Printer or to replace the Printer.

25. 3D has failed to honor the Warranty.

26. 3D's failure and refusal to repair or replace the Printer constitutes a breach of the Warranty.

27. TWI has been damaged by 3D's breach of the Warranty.

WHEREFORE, the Plaintiff, TWeatherford, Inc., requests that the Court enter judgment in its favor and against the Defendants, 3D Systems Corporation and 3D Systems, Inc., jointly and severally, for all actual compensatory damages, statutory damages, punitive damages, attorneys' fees, costs, and all other appropriate relief.

## COUNT III – Fraud

TWI, for Count III of its claims against 3D, states as follows:

28. TWI realleges and incorporates all of the allegations contained in paragraphs 1 through 27 as if set forth fully herein.

4

29. 3D intentionally made false statements of material fact regarding the Printer to TWI to cause TWI to justifiably rely and act upon them, as a result of which TWI has been damaged.

30. Relying on these representations made to TWI by 3D, TWI never considered any wrongdoing by 3D and assumed that the Printer was new and was the most current model available, as had been represented to TWI by 3D.

31. 3D knowingly made false statements of material fact in representing to TWI that the Printer was new and was the most current model available.

32. TWI justifiably relied upon these knowingly false statements from 3D.

33. As a direct result of its justifiable and reasonable reliance, TWI has been damaged.

WHEREFORE, the Plaintiff, TWeatherford, Inc., requests that the Court enter judgment in its favor and against the Defendants, 3D Systems Corporation and 3D Systems, Inc., jointly and severally, for all actual compensatory damages, statutory damages, punitive damages, attorneys' fees, costs, and all other appropriate relief.

## COUNT IV – UCC Fraud

TWI, for Count IV of its claims against 3D, states as follows:

34. TWI realleges and incorporates all of the allegations contained in paragraphs 1 through 33 as if set forth fully herein.

35. TWI did not enter into any security agreement or otherwise authorize 3D to file the UCC Statement as required by Ind. Code 26-1-9.1-509.

36. As a result, the UCC Statement is fraudulent under Ind. Code 26-1-9.1-901(b)(3) and (b)(4)(A).

WHEREFORE, the Plaintiff, TWeatherford, Inc., requests that the Court enter judgment in its favor and against the Defendants, 3D Systems Corporation and 3D Systems, Inc., jointly and severally, for all actual compensatory damages, statutory damages, punitive damages, attorneys' fees, costs, and all other appropriate relief.

Respectfully submitted,

_____
Bernie W. (Too) Keller
Attorney No. 20953-71
Eric J. Neidlinger
Attorney No. 23698-49

KELLER MACALUSO LLC
760 3rd Avenue SW, Suite 210
Carmel, IN 46032
(317) 660-3400 (Phone)
(317) 660-3401 (Fax)
too@kellermacaluso.com
eneidlinger@kellermacaluso.com

Attorneys for Plaintiff, TWeatherford, Inc.

73706

6

 

**TWI** — TWEATHERFORD INCORPORATED
The Future of Product Development
3148 Beach Blvd
Cicero, IN 46034

20224 Hague Road
Noblesville, IN 46060

Certified WBENC
Women's Business Enterprise

# Purchase Order

| Date | P.O. No. |
|---|---|
| 6/27/2014 | 2631 |

| Vendor | Ship To |
|---|---|
| 3D Systems, Inc.<br>333 3D Systems Circle<br>Rock Hill, SC 29730 | Anderson Innovation Center<br>Attn:TWI<br>1735 W 53rd Street<br>Anderson, IN 46013 |

| Terms |
|---|
| Net 90 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 5006073Z00 | ProX 300 Laser Sintering System with 500 watts fiber laser (400 VAC – 50 Hz – 32 A / phase)<br>- Patented Roller/Wiper layering system to achieve best surface finish Included<br>(5Ra μm), less stress in parts & enhanced mechanical properties<br>- Automatic loading/unloading of substrate build plates Included<br>- Built-in Automatic chuck Included<br>- Built-in Sieving system Included<br>- Built-in powder Recycling system Included<br>- Built-in industrial vacuum Included<br>- Built-in Maximum Operator Safety (Fully enclosed Manufacturing Included<br>- Chamber during loading, part cleaning, and unloading of parts) Included<br>- Built in Chiller<br>Includes all items and warranty per attached proposal from Paul Miller dated 06/27/2014 | 1 | 579,680.00 | 579,680.00 |

Accounting
Accounting@tweatherford.com
866-936-2756

| Total | $579,680.00 |
|---|---|

EXHIBIT 1

Proposal # PM_Prox300_DM333_AW_PM
Page 1 of 1



# 3D Systems, Inc.
## Budgetary Quotation
ProX 300 Direct Metal System
Price List for North America (USD)



Jul-13

| | |
|---|---|
| TWI | PREPARED BY: |
| Tim Weatherford | 3D Systems, Inc. |
| | 5805 West 700 North |
| | McCordsville, IN 46055 |
| Attn: | Indianapolis Metro Area |
| Ph: | Attn: Paul Miller |
| Fx: | Ph: 803-554-3590 |
| Email: | Fx: |
| | Email: paul.miller@3dsystems.com |

| PART # | QTY. | DESCRIPTION | UNIT CHARGE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 5006073Z00 | 1 | PXL - Laser Sintering System with 500 watts fiber laser (400 VAC – 50 Hz – 32 A / phase) | $703,280.00 | $703,280.00 |
| | | - Patented Roller/Wiper layering system to achieve best surface finish | | Included |
| | | (5Ra μm), less stress in parts & enhanced mechanical properties | | |
| | | - Automatic loading/unloading of substrate build plates | | Included |
| | | - Built-in Automatic chuck | | Included |
| | | - Built-in Sieving system | | Included |
| | | - Built-in powder Recycling system | | Included |
| | | - Built-in industrial vacuum | | Included |
| | | - Built-in Maximum Operator Safety (Fully enclosed Manufacturing | | Included |
| | | - Chamber during loading, part cleaning, and unloading of parts) | | Included |
| | | - Built in Chiller | | Included |
| 5004878L00 | 1 | Phenix Processing Software - Floating License | | Included |
| 5008361K00 | 1 | System Installation & Calibration - PXL System | | Included |
| 5008367G00 | 1 | One-year Full System Warranty - PXL System | | Included |
| 5004888K00 | 1 | Phenix Manufacturing Software - Floating License | | Included |
| 1001016T00 | 1 | PC for Phenix Processing Software | | Included |
| 5008371C00 | 1 | External transformer | $2,800.00 | $2,800.00 |
| | | **BUILDING PLATES:** (Recommended start-up quantity for PXL = 30 units) | | |
| 5005727F00 | 50 | Build plates for PXL System (Suitable for Maraging steel, CoCr, 17-4 PH) | $ 294.00 | $ 14,700.00 |
| 5008215T00 | 0 | Build plates for PXL System (Suitable for Aluminium) | $ 294.00 | $ - |
| | | **MATERIALS:** (Recommended start-up quantity for PXL) | | |
| | | *Sold per container of 4kg* | | |
| 1001897A00 | 0 | ST2709B : Maraging steel | $ 1,200.00 | $ - |
| 1003796Z00 | 30 | ST2724G : CoCr cobalt-chrome alloy for industry | $ 1,320.00 | $ 39,600.00 |
| 1001112V00 | 0 | ST2724G : CoCr cobalt-chrome alloy for MEDICAL | $ 2,640.00 | $ - |
| 1003817C00 | 50 | PS4542A : Stainless steel 17-4 PH | $ 540.00 | $ 27,000.00 |
| | | *Sold per container of 2kg - Price per kg* | | |
| 1003799T00 | 0 | PS2585-18 : Aluminium AlSi12 | $ 180.00 | $ - |
| 1002765A00 | 0 | ST7163TB : Titanium alloy TiAl6V4 | $ 2,700.00 | $ - |
| 1003798W00 | 0 | ST7163TB : Titanium alloy TiAl6V4 (Medical Grade) | $ 3,750.00 | $ - |
| | | **TRAINING:** | | |
| 5008364D00 | 4 | On-Site New User System Training - Included 4 Days | Included | |
| | | - Training is on-site at Customer's facility for up to two (2) persons | | |
| | | - Includes travel expenses, documentation and supplies | | |
| | | - Hardware and build material supplied by the customer | | |
| 5008366E00 | 1 | - Delivery, shipping , duty fees, and handling charges | TBD | TBD |
| | | Total Investment Excluding Shipping, duty fees & Applicable Taxes: | | $787,380.00 |
| | | System discount pricing for above unit 25%: | | -$207,700.00 |
| | | Total Investment Excluding Shipping, duty fees & Applicable Taxes: | | $579,680.00 |

*603,150 TOTAL INV'S*

*$23,470*

All prices are quoted Ex-Works, Factory, Riom France. If Customer is tax exempt, tax exemption documentation needs to be provided prior to shipment.

Invoice 10309342                                                                                         Page 1 of 1

Preferences   Personalize Page   Close Window

# ORACLE

**Bill To:**
TWEATHERFORD, INC.
3148 BEACH BLVD.
CICERO, IN 46034

**Ship To:**
TWEATHERFORD, INC.
ANDERSON INNOVATION CENTER
1735 W 53RD ST
ANDERSON, IN 46013

**Remit To:**
3D Systems, Inc
333 Three D Systems Circle
ROCK HILL, SC 29730

Please include the invoice number on all remittances and include remittance copy with postal payments.

| Invoice | |
|---|---|
| 10309342 | |
| Billing Date | Shipping Date |
| 06/30/2014 | 06/30/2014 |
| Purchase Order Number | |
| 2631 | |
| Sales Order | |
| 111097932 | |
| Shipping Reference | Ship Via |
| 0 | TBD |
| Customer Number | Customer Location |
| 15518 | 38406 |

| Terms | Due Date | Salesperson | Customer Contact | Contact Phone | Contact Fax |
|---|---|---|---|---|---|
| Net 90 days | 09/28/2014 | | | | |

| Item Num | Description | Quantity Shipped | Tax | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 1 | Phenix Manufacturing Software - Floating License | 1 | No | 3826.00 | 3826.00 |
| 2 | Workstation | 1 | No | 1113.00 | 1113.00 |
| 3 | Plateau 250x250x25, 25CD4 | 30 | No | 205.00 | 6150.00 |
| 4 | ST2724G : CoCr cobalt-chrome alloy for industry | 30 | No | 918.00 | 27540.00 |
| 5 | PS4542A : Stainless steel 17-4 PH, 4kg | 50 | No | 376.00 | 18800.00 |
| 6 | Formation PXL | 4 | No | 2017.00 | 8068.00 |
| 7 | PX-L Configuration 2010 | 1 | No | 466947.00 | 466947.00 |
| 8 | Phenix Processing Software - Floating License | 1 | No | 5791.00 | 5791.00 |
| 9 | Installation PXL | 1 | No | 9739.00 | 9739.00 |

**Special Instructions**
For questions regarding this invoice, please contact salesperson.
A 1.5% finance charge is added to all past due invoices. All software is licensed in accordance with the terms and conditions of the Software License and Services agreement or the referenced GSA Schedule contract.

| | |
|---|---|
| SubTotal | 547974.00 |
| Tax | 0.00 |
| Shipping | 0.00 |
| Total | 547974.00 |
| Payments and Credits | 547974.00 |
| Financial Charges | 0.00 |
| Outstanding balance as of 06/12/2015 in USD | 0.00 |

Preferences | Personalize Page | Close Window

Copyright (c) 2006, Oracle. All rights reserved.
About this Page

Privacy Statement

https://oracle.3dsystems.com/OA_HTML/RF.jsp?function_id=14736&resp_id=50438&res...   6/12/2015

**EXHIBIT 2**



**3D SYSTEMS, INC.**
333 THREE D SYSTEMS CIRCLE
ROCK HILL, SC 29730
UNITED STATES
Phone: +1 803.326.3900
Fax: +1 803.326.4797

## INVOICE

| | |
|---|---|
| INV NO: | 10309663 |
| SHIPPER NO: | 0 |
| CUSTOMER NO: | 15518 |
| INV DATE: | 30-JUN-14 |
| PAGE: | 1 of 1 |
| ORDER TYPE: | Systems-US |
| TRANSACTION TYPE: | SLS-SYSTEMS-US |

**BILL TO:**
15518
TWEATHERFORD, INC.
3148 BEACH BLVD.

CICERO IN 46034
UNITED STATES

**SHIP TO:**
TWEATHERFORD, INC.
ANDERSON INNOVATION CENTER 1735 W 53RD ST
ANDERSON IN 46013
UNITED STATES

**SOLD TO:**
15518
TWEATHERFORD, INC..
3148 BEACH BLVD.

CICERO IN 46034
UNITED STATES

| OUR ORDER NO. | YOUR P.O. NO. | SALES MAN | INCOTERM | SHIP VIA | TERMS | SHIP DATE |
|---|---|---|---|---|---|---|
| 111097932 | 2631 | | EXWORKS | TBD | Net 90 days | 30-JUN-14 |

| ITEM NUMBER | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | NET PRICE | TAX / VAT | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 5008566P00 | Extension de garantie 12 mois - PXL - 1 PX-L Configuration 2010: - <br> Lot Number    Serial Number    Quantity | - | Exempt | - |

| INVOICE SUB TOTAL | WAYBILL NUMBER | SALES-VAT TAX | S & H | LESS DEPOSITS ANY | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 30,176.00 | 0 | 0.00 | 25,000.00 | 0.00 | $ 55,176.00 |

**INSTRUCTIONS:**

**Please make your payment as follows:**

**If by check:**
3D Systems, Inc.
PO Box 534963
Atlanta, GA 30353-4963

**If by electronic transfer (ACH):**
Name: PNC Bank
ABA#: 054000030
Account #: 5321044824
Account Name: 3D Systems, Inc.
SWIFT CODE: PNCCUS33
Ref: Payment re. Invoice#_____

**If by wire:**
Name: PNC Bank
ABA#: 031000053
Account #: 5321044824
Account Name: 3D Systems, Inc.
SWIFT CODE: PNCCUS33
Ref: Payment re. Invoice#_____

**EXHIBIT 3**

3D Systems, Inc.
333 Three D Systems Circle, Rock Hill, SC USA 29730
Phone: (803) 326-3900 Fax: (803) 324-8810 Hot Line: (800) 889-2964
www.3Dsystems.com

File Copy



TWeatherford, Inc
3148 Beach Blvd
Cicero, IN 46034
866-936-2756
EIN#

STAR FINANCIAL BANK
71-167/749

15339

1/30/2015

PAY TO THE ORDER OF    3D Systems, Inc.                                    $ **23,470.00

Twenty-Three Thousand Four Hundred Seventy and 00/100************************************************ DOLLARS



3D Systems, Inc.
333 3D Systems Circle
Rock Hill, SC 29730

*Andie Weatherford*

MEMO  10309663 ProX 300 Short Pay

⑆015339⑆

---

TWeatherford, Inc                                                                                                    15339

    3D Systems, Inc.                                                                        1/30/2015
Date     Type  Reference                 Original Amt.     Balance Due     Discount     Payment
1/30/2015  Bill   10309663              23,470.00     23,470.00                       23,470.00
                                                                                  Check Amount   23,470.00

Star Financial Checkin   10309663 ProX 300 Short Pay                                                    23,470.00

---

TWeatherford, Inc                                                                                                    15339

    3D Systems, Inc.                                                                        1/30/2015
Date     Type  Reference                 Original Amt.     Balance Due     Discount     Payment
1/30/2015  Bill   10309663              23,470.00     23,470.00                       23,470.00
                                                                                  Check Amount   23,470.00

*PAYMENT RECORD* (watermark)

Star Financial Checkin   10309663 ProX 300 Short Pay                                                    23,470.00

    017851                                                                    **EXHIBIT 4**

Indiana Secretary of State
Filing Number: 201500002821506
Filing Date : 04/14/2015 17:30:00

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

WALK IN-CIPS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
Tweatherford, Inc.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3148 Beach Blvd. | Cicero | IN | 46034 | USA |

2. DEBTOR'S NAME:

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
3D Systems

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 333 Three D Systems Circle | Rock Hill | SC | 29730 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

MACHINE     PO#    SERIAL #
FX-L CONFIGURATION 2010   2631   0909119

8. OPTIONAL FILER REFERENCE DATA:
IN SOS

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**EXHIBIT 5**

CERTIFIED MAIL

U.S. POSTAGE >> PITNEY BOWES

ZIP 46241 $ 006.49⁰
02 1W
0001396754 MAR. 24. 2016