UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TWEATHERFORD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-00783-WTL-DML |
| ) | |
| 3D SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Come now the parties, by counsel, and file their Joint Stipulation of Dismissal, with Prejudice, and the Court having examined said Joint Stipulation and being duly and fully advised in the premises, now ORDERS this cause of action dismissed, with prejudice against the refiling thereof.

*[signature: William T Lawrence]*

DATED: 10/15/18

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.